458 A.2d 284

Commonwealth v. Jones, Appellant.

Submitted January 20, 1983. Silvio Fausto Modafferi, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.